No. 73–6795. HAYLES *v.* UNITED STATES. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Upon representation of the Solicitor General set forth in his brief for the United States filed September 19, 1974, judgment of the United States Court of Appeals for the Fifth Circuit vacated and case remanded to the United States District Court for the Southern District of Texas to permit the Government to dismiss the charges against petitioner. THE CHIEF JUSTICE, MR. JUSTICE WHITE, and MR. JUSTICE REHNQUIST dissent.

No. 73–296. HUFFMAN ET AL. *v.* PURSUE, LTD. Appeal from D. C. N. D. Ohio. [Probable jurisdiction noted, 415 U. S. 974.] Brief for appellants does not comply with this Court's Rules 39 and 40 with respect to conciseness, statement of questions without unnecessary detail, and printing of appendices thereto. Accordingly, as provided in paragraph 5 of Rule 40, brief of appellants is hereby stricken. Counsel for appellants may file a brief complying with the Rules within 20 days of the date of this order. Oral argument will be allowed only by counsel who have filed briefs that conform to the Rules. MR. JUSTICE DOUGLAS dissents.

No. 73–1004. SOUTHEASTERN PROMOTIONS, LTD. *v.* CONRAD ET AL. C. A. 6th Cir. [Certiorari granted, 415 U. S. 912.] Motion of Charles H. Keating, Jr., for leave to file a brief as *amicus curiae* denied.

No. 73–1446. ROE ET AL. *v.* DOE. Ct. App. N. Y. [Certiorari granted, 417 U. S. 907.] Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* denied. Motions of Association of American Publishers, Inc., and American Psychiatric Assn. et al. for leave to file briefs as *amici curiae* granted.